**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     *George Wood v. Matthew D. Wiggins, Jr.*

Appellate case number:    01-18-00630-CV

Trial court case number:  11-CV-0336

Trial court:             405th District Court of Galveston County

 

The motion for rehearing is **denied**.

 

It is so ORDERED.

 

Judge's signature: /s/ Amparo Guerra
             ☐  Acting individually      ☒  Acting for the Court

Panel consists of Chief Justice Radack and Justices Rivas-Molloy and Guerra.

Date: March 10, 2022